UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-03621-SVW-GJS | Date | May 28, 2019 |

| Title | *MIA Fullmore et al. v. Johnson and Johnson et al.* |

Present: The Honorable STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER *SUA SPONTE* REMANDING CASE

Pursuant to Judge Carney's May 21, 2019 order in *In re: Removed State Court Talc Actions Against Johnson & Johnson, et al.*, No. 19-3150 (Dkt. 15), the Court *sua sponte* REMANDS this action to state court.

IT IS SO ORDERED.

: 

Initials of Preparer

PMC